AD ASTRA PER ASPERA

# Kansas
Human Rights Commission

Landon State Office Bldg.
900 S.W. Jackson St., Suite 568 S.
Topeka, Kansas  66612-1258

Phone: (785) 296-3206
Fax: (785) 296-0589
TTY (785) 296-0245
800# 1-888-793-6874
www.khrc.net

Melvin J. Neufeld, Chair, Garden City
Harold Schorn, II, Vice Chair, Newton
David Brant, Wichita
Michael Kane, Kansas City
James Terrones, Olathe
Jonathon Westbrook, Kansas City

Laura Kelly, Governor
Ruth Glover, Executive Director
Bill Wright, Assistant Director
Barbara Girard, Investigative Admin.
Robert Easterling, Investigative Admin.
Barb Wangerin, Office Manager

January 23, 2020

Robert E. Sanders
2712 Mac St. NW
Cleveland, TN 37312

RE:   Case No. 41805-20, Sanders vs. THERMO FISHER SCIENTIFIC

Dear Robert E. Sanders:

This is to acknowledge receipt of your formal complaint charging the above captioned Respondent with violating the Kansas Act Against Discrimination or the Kansas Age Discrimination in Employment Act.

A copy of the complaint is enclosed for your information.

Thank you for allowing us to be of service to you.

Sincerely,

Ruth Glover
Executive Director

RG/kp
Enclosure

EXHIBIT A

EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| **THERMO FISHER SCIENTIFIC**<br>**12076 Santa Fe Dr.**<br>**Lenexa, KS 66215** | **Robert E. Sanders** |

| THIS PERSON *(check one or both)* |
|---|
| **X** Claims To Be Aggrieved |
| ☐ Is Filing on Behalf of Other(s) |

| EEOC CHARGE NO. |
|---|
| **28D-2020-00271** |

| FEPA CHARGE NO. |
|---|
| **41805-20** |

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

☐ Title VII of the Civil Rights Act (Title VII)   ☐ The Equal Pay Act (EPA)   ☐ The Americans with Disabilities Act (ADA)

**X** The Age Discrimination in Employment Act (ADEA)   ☐ The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

☐ The EEOC and sent for initial processing to _____ .
*(FEP Agency)*

**X** The   **Kansas Human Rights Commission** _____ and sent to EEOC for dual filing purposes.
*(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC.  This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency.
For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s):  Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

☐ Race   ☐ Color   ☐ Sex   ☐ Religion   ☐ National Origin   **X** Age   ☐ Disability   **X** Retaliation   ☐ Genetic Information   ☐ Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **January 23, 2020** | **Lloyd J. Vasquez, Jr.,**<br>**District Director** | |

# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

KHRC Docket No. 41805-20

EEOC Dual-Filed Charge No.* 280-2020-00271
*(Only for first filed KHRC, second filed EEOC complaints)

On the complaint of

Robert E. Sanders

Complainant,

vs,

Respondent,

Thermo Fisher Scientific and its Representatives

I, Robert E. Sanders, residing at 2712 Mac St. NW, Cleveland, TN  37312

charge Thermo Fisher Scientific and its Representatives, whose address is 12076 Santa Fe Trail Dr., Lenexa, KS  66215

With an unlawful practice within the meaning of:

[] The Kansas Act Against Discrimination (Chapter 44, Art. 10, K.S.A.) and specifically within the meaning of subsection of Section 44-1009 of said Act, because of my:

( ) RACE               ( ) SEX               ( ) RETALIATION
( ) RELIGION           ( ) NATIONAL ORIGIN   ( ) GENETIC INFORMATION
( ) COLOR              ( ) ANCESTRY          ( ) FAMILIAL STATUS
( ) DISABILITY, RECORD OF, AND/OR REGARDED AS DISABLED

[X] The Kansas Age Discrimination in Employment Act (Chapter 44, Art. 11, K.S.A.) and specifically within the meaning of subsection (a)(1)(a)(5) of Section 44-1113 of said Act, because of my:
 (X) AGE          (X) RETALIATION

Alleged Date of Incident, on or about September 2019, to December 9, 2019.

The aforesaid charges are based on the following facts:

I.    I was born on        , and I am fifty-four (54) years old.  I have openly opposed acts and practices forbidden by the Kansas Age Discrimination in Employment Act.

II.   I was employed by the Respondent from August 27, 2018, to December 9, 2019.  I last held the position of APR Production Supervisor.

# STATE OF KANSAS
# KANSAS HUMAN RIGHTS COMMISSION

(continued)

KHRC Docket No. 41805-20

EEOC Dual-Filed Charge No.* 28D-2020-00271
*(Only for first filed KHRC, second filed EEOC complaints)

A.   From September 2019, to December 9, 2019, I was subjected to disparate treatment compared to similarly situated younger employees, in that my work was more closely scrutinized, and I was treated less favorably. Additionally, during the same timeframe, I was subjected to verbal harassment, including negative remarks regarding my age.

B.   On December 9, 2019, I was terminated.

III.   I hereby charge Thermo Fisher Scientific and its Representatives with a violation of the Kansas Age Discrimination in Employment Act, in that I was subjected to disparate terms, conditions, and privileges of employment, harassment, and terminated due to my age, fifty-four (54), and as acts of retaliation for having openly opposed acts and practices forbidden by the Kansas Age Discrimination in Employment Act.

I have not commenced any action, civil or criminal, based upon the grievance set forth above, except

*I declare under penalty of perjury that the foregoing is true and correct; and if this document is executed outside the state of Kansas, I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.*

Executed on __1/23/2020__                    X __Robert E. Suh_____
        *(Date)*                                      *(Signature of Complainant)*

FILED

JAN 23 2020