**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROBERT E. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No 2:21-cv-02002-HLT-ADM |
| | ) |
| REMEL, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Robert Sanders, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismisses the above captioned complaint against Defendant Remel, Inc. with prejudice. Plaintiff is dismissing this action because the matter was resolved.

Respectfully submitted this day, 21 May 2021.

THOMPSON LAW OFFICES, LLC

/s/ *Kevin V. Thompson, Sr.*

_____

Kevin V. Thompson, Sr.
Attorney for Plaintiff, KS Bar No. 21110
Thompson Law Offices, LLC
1504 Gatewood St.
Leavenworth, KS 66048
913-704-5737
Kevin.v.thompson@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, 21 May 2021, a copy of the foregoing was sent to the following parties:

U.S. District Court
District of Kansas
500 State Ave
Kansas City, KS 66101


Karen R. Glickstein
Attorney at Law
Jackson Lewis P.C.
7101 College Blvd.
Suite 1200
Overland Park , KS  66210
Karen.Glickstein@jacksonlewis.com
Attorney for Defendant


/s/ *Kevin V. Thompson*
_____
Kevin V. Thompson, Sr.
Attorney for Plaintiff, KS Bar No. 21110
Thompson Law Offices, LLC
1504 Gatewood St.
Leavenworth, KS 66048
913-704-5737
Kevin.v.thompson@outlook.com